**Order filed December 5, 2019**



In The

# Fourteenth Court of Appeals

———————————

## NO.  14-19-00874-CV

———————————

## IN THE MATTER OF THE MARRIAGE OF JEFFREY SHEAL BARNETT AND ERICA LYNN OGLETREE

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2018-33480**

## O R D E R

The notice of appeal in this case was filed November 1, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 20, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.